FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Nelly Quijano

**BANKRUPTCY NO.** 2:11–bk–16113–ER

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–2219
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 3/2/11

**Address:**
3208 South Sherbourne Drive
Los Angeles, CA 90034

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: March 2, 2011

BY THE COURT,
**Ernest M. Robles**
United States Bankruptcy Judge